UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ZAMICK TANNARPATA MILHOUSE | CIVIL ACTION NO. 21-cv-1786 |
| VERSUS | JUDGE FOOTE |
| MORGAN PALMER, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that this civil action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) because all claims presented in the complaint are frivolous or malicious or fail to state a claim on which relief may be granted.

All other pending motions are **DENIED AS MOOT**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the \_\_\_3rd\_\_\_ day of \_\_\_September\_\_\_, 2021.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE